# SERPE & ASSOCIATES, P.C.

ATTORNEYS AT LAW

450 SEVENTH AVENUE, SUITE 2601, NEW YORK, NY 10123

PHONE: (212) 725-3600 | FAX: (212) 385-4600 | WEBSITE: www.seanserpelaw.com

**SEAN C. SERPE**
(212) 725-3600
E-MAIL: sean@seanserpelaw.com

## TIME SHEET

| Date | Event |
|---|---|
| Feb. 18, 2009 | Met with Clients to discuss Financial Situation |
| March 24, 2009 | Attention to retention of clients for debt settlement and related services |
| March 25, 2009 | Attention to review of client file, and contacting creditors regarding debt settlement |
| May 1, 2009 | Draft letter to counsel for Citizens Bank requesting extension of time to answer complaint (Mark Gebo) |
| May 5, 2009 | Attention to debt settlement |
| May 8, 2009 | Status teleconference with clients |
| May 18, 2009 | Teleconference with Paul Goldstein regarding Sysco lawsuit; draft letter regarding the same. |
| June 5, 2009 | Teleconference with Mark Gebo regarding Millens Bay Inn; draft answer to foreclosure complaint for Millens Bay Inn. |
| August 5, 2009 | Attention to home loan modification with Key Bank |
| Aug 10, 2009 | Teleconference with Roy and Maureen regarding case status |
| Nov. 4, 2009 | Meet with Clients to discuss and prepare bankruptcy case |
| December 4, 2009 | Prepare bankruptcy petition for filing |
| Dec 7, 2009 | Bankruptcy filing begins |
| Sept. 25, 2009 | Conference with Clients regarding garnishment of wages and Sales Tax issues |
| Dec 11, 2009 | Bankruptcy filing; meet with clients to draft petition. |
| Dec 14, 2009 | Teleconference with Roy for filing information |
| Jan 2, 2010 | Bankruptcy petition Schedules A-J, Summary, Financial Affairs, Means Test |
| Jan 8, 2010 | Draft answer to Motion of Conditional Dismissal; file Credit Counseling certificates |
| Jan 11, 2010 | Meeting of Creditors, Watertown; draft list of open items to work on in bankruptcy case. |
| Jan 12, 2010 | Draft, file Chapter 13 Plan, Payment Advice Statements |
| Jan 15, 2010 | Teleconferences with Client regarding Status |
| Feb 5, 2010 | Amend and file Schedules B, C, I and J |
| Feb 8, 2010 | Continuance of Meeting of Creditors; attend same in Watertown, New York |
| Feb 12, 2010 | Complete day mailing Chapter 13 Plan and Notice of Hearing |
| Feb 13, 2010 | Hearing on Default Motion, Syracuse |
| Feb 15, 2010 | Certificate of Service filing; conference with Roy Menton regarding Case Status |
| Feb 17, 2010 | Amend, file Schedule A, Chapter 13 Plan; File objection to Motion for Relief from Stay |
| Feb 18, 2010 | Filing additional certificates of Service |

| | |
|---|---|
| Feb. 22, 2010 | Prep. For hearing regarding Motion of Citizens Bank to Modify the automatic stay |
| Feb. 23, 2010 | Court hearing (Telephonic) regarding Motion of Citizens Bank to modify automatic stay |
| March 2, 2010 | Teleconference with Roy Menton regarding Status |
| Mar 11, 2010 | Work related to home loan modification (misc. dates between March 11 and April 27) |
| Mar 15, 2010 | Proofs of Claim filed |
| Apr 17, 2010 | Saturday meeting with Roy Menton regarding case status |
| Apr 27, 2010 | Teleconference with Roy Menton regarding case status |
| May 7, 2010 | Loan Modification work; packet sent to Key Bank |
| May 11, 2010 | Motion to Vacate Dismissal mailing; filing Notice of Hearing |
| Jun 10, 2010 | Meet with Roy and Maureen Menton to discuss case status, including sales |
| Jun 16, 2010 | Refile Chapter 13 and Credit Counseling certificates |
| Jun 22, 2010 | File schedules |
| Jun 24, 2010 | Meet with Roy and Maureen Menton to discuss case status |
| Jun 30, 2010 | Redraft Chapter 13 Plan |
| Jul 7, 2010 | Amend and file Schedules A-J, Summary, Financial Affairs, Means Test; teleconference with Key Bank regarding Loan Modification |
| Jul 8, 2010 | Teleconference with Roy and Maureen Menton regarding case status |
| Jul 16, 2010 | Meet with Roy and Maureen Menton to discuss case status |
| Jul 23, 2010 | Further redraft, refile Chapter 13 Plan |
| Jul 26, 2010 | Complete day mailing Chapter 13 Plan and Notice of Hearing |
| Jul 28, 2010 | Filing Certificate of Service for Chapter 13 Plan |
| Aug 3, 2010 | Default Motion for Conditional Dismissal hearing, Syracuse |
| Aug 9, 2010 | Meeting of Creditors, Watertown |
| Sep 2, 2010 | Teleconference; draft and file letter re modification of primary residence |
| Sep 3, 2010 | Sought specific scheduling with Court |
| Sep 17, 2010 | Work with Maureen Menton on case |
| Sep 20, 2010 | Work with Maureen Menton on case; review of claims filed with bankruptcy case |
| Oct 21, 2010 | Meet with Roy Menton to discuss case status |
| Oct 22, 2010 | Teleconference with Roy with Roy Menton to discuss case status |
| Nov 17, 2010 | Teleconference with Roy and Maureen Menton regarding case status |
| Nov 23, 2010 | Ward Saxton for Confirmation Hearing, Syracuse |
| Nov 24, 2010 | Teleconference with Roy Menton regarding Case Status |
| Nov 30, 2010 | Teleconference with Roy Menton regarding Case Status |
| Jan 6, 2011 | Meeting with Roy and Maureen Menton, Manhattan |
| Jan 13, 2011 | Meeting with Maureen Menton, Manhattan |
| Jan 20, 2011 | Teleconference with Maureen Menton regarding status |
| Jan 21, 2011 | Amend, file Schedules I and J, Statements of Income |
| Feb 3, 2011 | Teleconference with Roy Menton regarding case status |
| Feb 17, 2011 | Meeting with Roy and Maureen to discuss Case Status |
| Feb 21, 2011 | Affidavit drafting with Roy and Maureen Menton |
| Feb 22, 2011 | Teleconference with David Temmes regarding Citizens Bank |
| Mar 1, 2011 | Continued Confirmation hearing via telephone |
| Mar 14, 2011 | Scan, copy, prepare request for all client documentation |
| Mar 17, 2011 | Meeting with Roy Menton re Complaint |
| Mar 18, 2011 | Meeting of Lucas and Roy Menton re Complaint |
| Mar 22, 2011 | Confirmation, Chapter 13, Syracuse |