*Master*

Pelton Serpe LLP
111 Broadway, 9th Floor
New York, NY 10006
Phone 212-725-3600
Fax 212-385-4600
www.peltonserpe.com



**Pelton Serpe LLP**

## Client Information

Today's Date _2.13.09_

Name: _Maureen & Roy Menton_

Address: _27390 Cty Rte 57_         Apt No._____

City, State, Zip _Three Mile Bay   NY   13693_

Telephone (Home): _315- 649- 2946_

Telephone (Work): _____

Telephone (Cell): _315- 771- 4312  → Roy 315-771-1967_

Emergency Contact Name _____

Emergency Contact Phone_____

E-Mail: _rmmvm @ aol.com_

Social Security Number _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  -  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_

Date of Birth: _4.9.59        11.6.56_

Single _____ Married _X_ Divorced _____ Separated _____
How many children under the age of 18? _0_ Ages _____ Sex _____
Do your children live with you? Yes _✓_ No _____
Do you pay maintenance or child support? Yes _____ No _✓_
If so, please describe: _____
Place of Employment _NYC Bd of Ed_  Do you work overtime? _yes_
Type of Job _Educator_  Do you get paid overtime? _yes_
How Did You Learn About Pelton Serpe LLP: _on line -_

Have you been involved in litigation before? _No_  Describe:_____
_____
_____

Briefly Describe Your Matter:
_____
_____
_____