# Payment Receipt

**Serpe & Associates**
450 Seventh Avenue
Suite 2601
New York, NY 10123

**Received From:**
Menton, Maureen and Roy
Maureen A Menton
27390 County Route 57
Three Mile Bay, NY 13693-7205

| | | |
|---|---|---|
| **Date Received** | 09/20/2010 | **Payment Amount**   $2,000.00 |
| **Payment Method** | Check | |
| **Check/Ref. No.** | 1222 | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 09/01/2010 | | -$2,000.00 |

**MAUREEN A. MENTON**
27390 COUNTY ROUTE 57
THREE MILE BAY, NY  13693-7205

1-2/210 3001

1222

DATE Sept. 20, 2010

PAY TO THE ORDER OF  Sean Serpe & Ass PC    $ 2000.00

Two Thousand xx/100 — DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO

Maureen Menton    MP

⑆021000021⑆  35808299821⑈ 1222

Menton payments
2009, May: $400
2009, June: $800
2009, July: $400
2009, August: $400
2010, September: $2000