Payment Receipt

Serpe & Associates
450 Seventh Avenue
Suite 2601
New York, NY 10123

Received From:
Menton, Maureen and Roy
Maureen A Menton
27390 County Route 57
Three Mile Bay, NY 13693-7205

| | | | |
|---|---|---|---|
| **Date Received** | 09/20/2010 | **Payment Amount** | $2,000.00 |
| **Payment Method** | Check | | |
| **Check/Ref. No.** | 1222 | | |

**Invoices Paid**

| Date | Number | Amount Applied |
|---|---|---|
| 09/01/2010 | | -$2,000.00 |

**MAUREEN A. MENTON**
27390 COUNTY ROUTE 57
THREE MILE BAY, NY  13693-7205

1222
1-2/210 3001

DATE *Sept. 20, 2010*

PAY TO THE ORDER OF *Sean Serpe & Ass PC*   $ *2000.00*

*Two Thousand xx/100* DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

MEMO

Signed: *Maureen Menton*

⑆021000021⑆ 35808 2998 2⑈ 1222