# Exhibit G

**Citizens Bank**

**P.O. Box 277
Cape Vincent, N.Y. 13618**
(315) 654-2115 - (315) 654-2116 - Fax (315) 649-2244

P.O. Box 449
Chaumont, N.Y. 13622
(315) 649-2245 - Fax (315) 649-2265

P.O. Box 368
LaFargeville, N.Y. 13658
(315) 658-2600 - Fax (315) 658-2900

## Notice of Disposition of Collateral

To: Roy E. Menton and Maureen A. Menton
27390 County Rte 57
Three Mile Bay NY 13693

Dear Mr. and Mrs. Menton:

Please take notice that pursuant to a security agreement, dated September 23, 2008, between you and Citizens Bank of Cape Vincent, the undersigned, of P.O. Box 277, Cape Vincent, Jefferson County, New York, and a financing statement which was filed in the office of the Secretary of State of New York, the undersigned shall sell at private sale all of your equipment, fixtures, furnishings, machinery located at 6380 County Route 8, Cape Vincent, New York, that was the collateral pledged pursuant to the security agreement described above, for your default under the terms of the promissory note and security agreement, including, but not limited to your nonpayment of amounts due to the undersigned. The collateral shall be offered for sale at 6380 County Route 8, Cape Vincent, Jefferson County, New York, on or after June 16, 2010. Also, take notice that, pursuant to New York UCC § 9-611(c), the undersigned may purchase the collateral described above, since a secured party may purchase collateral at a private sale if the collateral is of a type customarily sold on a recognized market or is of a type that is the subject of widely distributed standard price quotations. You are entitled to an accounting of the unpaid indebtedness secured by the property that we intend to sell. You may request an accounting by calling us at (315) 654-2115.

Dated: June 2, 2010

CITIZENS BANK OF CAPE VINCENT

By: _____
Faye E. Waterman, President & CEO