# Exhibit

# I

**Per Diem Services**
675 Ibsen Street
Woodmere, NY 11598
516-295-2237

# Invoice

| Date | Invoice # |
|---|---|
| 11/23/2010 | 27358 |

Bill To

Serpe & Assoc
450 Seventh Ave
Suite 2601
New York, NY 10123





| EIN - 11-3636449 | Due Date |
|---|---|
|  | 11/23/2010 |

| Date | Item | Description | Amount |
|---|---|---|---|
| 11/23/2010 | Bankruptcy | Roy Menton & Maureen Menton | 400.00 |
|  | Location | Syracuse & Afternoon | 0.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $400.00 |
| **Payments/Credits** | $-400.00 |
| **Balance Due** | $0.00 |



# WebCivil Supreme - Appearance Detail

Court: **New York Civil Supreme**
Index Number: **111800/2009**
Case Name: **BERGMAN, NORMAN vs. BANK OF NEW YORK**
Case Type: **Other**
Track: **Complex**

**Appearance Information:**

| Appearance Date | Time | On For | Appearance Outcome | Justice / Part | Comments |
|---|---|---|---|---|---|
| 01/11/2011 | | Supreme Trial | Disposed/Result Of Motion | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM NIFLBY 01/11/11 |
| 01/06/2011 | | Motion | Fully Submitted | BRAUN, RICHARD IAS MOTION 23 | 23M |
| 12/21/2010 | | Supreme Trial | Compliance Conference Held | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM |
| 12/02/2010 | | Motion | Adjourned | BRAUN, RICHARD IAS MOTION 23 | 9:30AM |
| 11/23/2010 | | Supreme Trial | Compliance Conference Held | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM |
| 10/21/2010 | | Motion | Adjourned | BRAUN, RICHARD IAS MOTION 23 | 9:30AM |
| 10/19/2010 | | Supreme Trial | Compliance Conference Adjournd | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM |
| 09/16/2010 | | Motion | Adjourned | BRAUN, RICHARD IAS MOTION 23 | 9:30AM |
| 09/14/2010 | | Supreme Trial | Compliance Conference Held | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM NIEXT 8/31/10 |
| 09/07/2010 | | Supreme Trial | Compliance Conference Adjournd | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM NIEXT 8/31/10 |
| 06/01/2010 | | Supreme Trial | Compliance Conference Held | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM NIEXT 6/4/10 |
| 02/11/2010 | | Motion | Adjourned | BRAUN, RICHARD IAS MOTION 23 | 9:30AM |
| 02/09/2010 | | Supreme Trial | Compliance Conference Held | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM NIFLBY 3/31/10 |
| 01/19/2010 | | Supreme Trial | Compliance Conference Adjournd | BRAUN, RICHARD COMPLIANCE CONFERENCE 23 | 09.30AM NIFLBY 3/31/10 |
| 11/10/2009 | | Supreme Initial (first time on) | Preliminary Conference Held | BRAUN, RICHARD IAS PRELIMINARY CONFERENCE 23 | 10.30AM OPEN MOTION |
| 10/22/2009 | | Motion | Adjourned | BRAUN, RICHARD IAS MOTION 23 | 9:30AM OSC IN PT |

Close