# Exhibit

# K

**Serpe**

Sean Serpe <sean@seanserpelaw.com>

# Expedia travel confirmation - Syracuse, NY - Mar 22, 2011 - (Itin# 136229644784)

**Expedia Travel Services <usmail@expediamail.com>**
To: sean@seanserpelaw.com

**Mon, Mar 21, 2011 at 4:21 PM**

## Travel Confirmation

Thank you for booking your trip with Expedia. This email is your receipt for the travel item(s) you just booked.

Remember that you can always view your itinerary online for the most up-to-date information.

**Flight: New York to Syracuse**

**Traveler name:** Sean Serpe

| | | |
|---|---|---|
| Total ticket cost: | $320.00 |
| Taxes & Fees: | $45.40 |
| Airfare total: | $365.40 |

| | | | |
|---|---|---|---|
| New York (JFK) to Syracuse (SYR) | 03/22/11 | 10:30 AM - 11:36 AM | JetBlue Airways 42 |
| Syracuse (SYR) to New York (JFK) | 03/22/11 | 7:15 PM - 8:36 PM | JetBlue Airways 75 |

## Special requests

We will forward your requests to the travel vendor, but as these are subject to availability we can not guarantee that they will be honored. Some special requests (e.g., ski racks, rollaway beds) may incur additional charges from the vendor.

Free and special meals are not available on many flights.

View your itinerary for complete and up-to-date trip details, or to make changes online.

## Customer Support

**Itinerary number: 136229644784**

If you have questions about your reservation, fill out our itinerary assistance form. We'll respond within 24 hours. For immediate assistance call Expedia.com at 1-800-EXPEDIA (1-800-397-3342) or 1-404-728-8787 and have the itinerary number ready.

## What else can we help you with?

### Save on hotels in Syracuse
Search for more hotels

### Save on a car in Syracuse
At the airport:
Economy
Midsize
Full Size

Search for more cars

### Save on other Activities & Services in Syracuse
Sightseeing
Ground transportation
Attraction passes

Search for more Activities and services

📧 Want to know about great travel deals? <u>Sign up</u> to receive Expedia emails!

## The NEW Expedia Facebook App

Share your trip with friends, countdown the days to departure, check the weather, and much more.

📲 <u>Download the Facebook app</u>

Thank you for choosing Expedia.com

<u>http://www.expedia.com</u>

You are receiving this transactional email based on a recent booking or account-related update on Expedia.com.

**CONTACT US**
To contact us or send feedback, please <u>click here</u> or contact us via postal mail at: Expedia, Inc., attn: EMC Team, 333 108th Avenue NE, Bellevue, WA 98004. For additional assistance, visit the Expedia Customer Support Center, or call 1-800-Expedia.

*To use the Application, you first need to create a Facebook account at <u>www.facebook.com</u>. All use of Facebook is governed by the Facebook Terms of Use which can be accessed at <u>www.facebook.com/terms.php</u>. Your use of the Application is also governed by the Trip Companion terms of use which can be accessed <u>here</u>. These limit, or exclude aspects of, Expedia's liability.

CST# 2029030-40

©2011 Expedia, Inc. All rights reserved. Expedia, Expedia Extras, Best Price Guarantee, Trend Tracker, Insiders' Select and the Airplane logos are registered trademarks, or trademarks, of Expedia, Inc. in the U.S. and/or other countries. Other product and company names mentioned herein may be trademarks of their respective owners.

(EMID: ETM_PC_01_1)(MD: 20110321022142)(ETID: 289891)

---