# Exhibit L

## US AIRWAYS

**/SEAN**
**FLIGHT: 2126**    22MAR
ORK LAGUARDIA
SEAT: **8F**
ELQZBV/US
E-TICKET    SEQ 20
ZONE 2




---

## US AIRWAYS

SERPE/SEAN
CONF: ELQZBV/US    ZONE 2
FFD:
**BOSTON**
**NEW YORK LAGUARDIA**

| Flight | Departs | Date | Seat |
|---|---|---|---|
| 2126 | 1200N | 22MAR | 8F |

GATE **20**    BOARD TIME **1130A**



PRINTED IN U.S.A. BY MAGNETIC TICKET & LABEL CORP., DALLAS, TX REV 8/10 #AS-1000 Printed 8/10

## US AIRWAYS

SERPE/SEAN
US FLIGHT: 4797    22MAR
BOSTON
SYRACUSE
                      SEAT: 4F
API OK    E-TICKET    ELQZBV/US    SEQ 13
ZONE 2



## US AIRWAYS

SERPE/SEAN
CONF: ELQZBV/US    ZONE 2
FFD:
BOSTON
SYRACUSE
FLIGHT 4797    DEPARTS 140P    DATE 22MAR
GATE B14    BOARD TIME 110P    SEAT 4F